## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**    **Josland Jeshonda Jackson, Debtor**         **Case No. 25-00828-JAW**
                                                                                  **CHAPTER 7**

### CERTIFICATE OF COMPLIANCE OF PROVISION OF
### PAYMENT ADVICES TO CASE TRUSTEE

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor

and files this her certificate of compliance with the Court that payment advices required by 11

U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee

Stephen Smith, Esq., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157 pursuant

to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

WITNESS my signature on April 16, 2025.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on April 16, 2025. All interested parties will receive electronic notification from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.