# PROCEEDING MEMO AND MINUTES OF
# THE CHAPTER 7 §341(a) MEETING
# 05/02/2025

IN RE:   CASE NUMBER: 25-00828-JAW

**JACKSON, JOSLAND JESHONDA**

APPEARANCES:
(X) DEBTOR 1   ( ) DEBTOR 2 (Wife in Joint Cases)
   (X) Required picture I.D. produced   ( ) Required picture I.D. produced
   (X) Required SSN verification produced   ( ) Required SSN verification produced
   (X) Pay advices received   ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for __2024__ (years) on __04/15/2025__ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
   ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
   ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE ____ DAY OF _____, 20___ AT _____ O'CLOCK ___.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____

DATED: 05/02/2025

_____
STEPHEN SMITH, TRUSTEE

Track # __057__ or Tape # _____, Side _____ Counter Start# _____