United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00828-JAW
Josland Jeshonda Jackson  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jul 02, 2025      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Josland Jeshonda Jackson, 150 Woodway Dr, Apt 166-B, Jackson, MS 39206-3408 |
| cr | + | American Credit Acceptance, LLC, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5491685 | | Franciscans Missionari, P.O. Box 677963, Dallas, TX 75267-7963 |
| 5491687 | + | Hollis Cobb Associates, 4366 Park Drive, Norcross, GA 30093-2959 |
| 5491689 | + | Lab Corp, 606 22nd Ave S, Meridian, MS 39301-6116 |
| 5491695 | | St. Dominic, P.O. Box 101928, Dept 2174, Birmingham, AL 35210-6928 |
| 5491696 | + | The Hill Law Firm, P.O. Box 150529, Nashville, TN 37215-0529 |
| 5491698 | | USAA FSB, PO Box 47504, San Antonio, TX 78263 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5491679 | + | Email/Text: rlambert@mscb-inc.com | Jul 02 2025 19:37:00 | ARMS, 1410 Industrial Park R, Paris, TN 38242-6099 |
| 5491681 | | EDI: ATTWIREBK.COM | Jul 02 2025 23:33:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5491677 | + | Email/Text: bankruptcy@af247.com | Jul 02 2025 19:37:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5491678 | + | Email/Text: bankruptcy@acacceptance.com | Jul 02 2025 19:37:00 | American Credit Accep, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5491680 | + | Email/Text: bankruptcy@arserv.com | Jul 02 2025 19:36:00 | Armstrong & Associates, 208 Adams St, Mobile, AL 36603-6598 |
| 5491682 | ^ | MEBN | Jul 02 2025 19:32:55 | Baptist, P.O. Box 23090, Jackson, MS 39225-3090 |
| 5491683 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 02 2025 19:36:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5491686 | + | Email/Text: bankruptcy@fsnb.com | Jul 02 2025 19:37:00 | FSNB N.A., Attn: Bankruptcy, Po Box 33009, Fort Sill, OK 73503-0009 |
| 5491684 | + | EDI: AMINFOFP.COM | Jul 02 2025 23:33:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5491688 | + | Email/Text: dwages@jacksononcology.com | Jul 02 2025 19:37:00 | Jackson Oncology Assoc, 1227 North State St, Jackson, MS 39202-2002 |
| 5491690 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2025 19:40:35 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5491691 | + | Email/Text: bankruptcy@mdes.ms.gov | Jul 02 2025 19:37:00 | MSDES, Office of Legal Affair, P.O. Box 1699, Jackson, MS 39215-1699 |
| 5491692 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 02 2025 19:37:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5491693 | ^ | MEBN | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2025 | Form ID: 318 | Total Noticed: 24 |

| | | | Jul 02 2025 19:32:40 | Rent Recovery Solution, Attn: Bankruptcy, 1945 The Exchange Se, Ste 120, Atlanta, GA 30339-2062 |
|---|---|---|---|---|
| 5491694 | + | Email/Text: Tracey@sra-inc.net | Jul 02 2025 19:37:00 | Smith Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5491697 | + | Email/Text: Bankruptcies@umc.edu | Jul 02 2025 19:37:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Josland Jeshonda Jackson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Josland Jeshonda Jackson** | Social Security number or ITIN  xxx−xx−1292 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25−00828−JAW** | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Josland Jeshonda Jackson**

Dated: 7/2/25

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**